# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

RONALD NATION                                                                          PETITIONER

v.                                    No. 2:04CV00223 GH

LINDA SANDERS, Warden, FCI                                                             RESPONDENT
Forrest City, Arkansas

### ORDER

The Court has received findings and a recommendation from United States Magistrate Judge H. David Young. No objections have been filed. After a careful, <u>de novo</u> review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 26th day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE