IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RONALD NATION                                                                                     PETITIONER

v.                                    No. 2:04CV00223 GH

LINDA SANDERS, Warden, FCI                                                         RESPONDENT
Forrest City, Arkansas

## JUDGMENT

In accordance with the Order entered this day, judgment is entered for respondent Linda Sanders.  The petition for writ of habeas corpus filed by petitioner Ronald Nation is dismissed.  All requested relief is denied.

IT IS SO ORDERED this 26th day of August, 2005.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE